IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHERRY BEERS, Administratrix of the ESTATE of ANDREW BEERS, Deceased | CIVIL CASE NO.:<br>CASE NUMBER: 1:14-cv-02349-WWC-SES<br>CIVIL ACTION - LAW<br>JUDGE WILLIAM W. CALDWELL<br>MAG. JUDGE SUSAN E. SCHWAB |

Plaintiff,

v.

NORTHUMBERLAND COUNTY, AND

NORTHUMBERLAND COUNTY PRISION

And

PRIME CARE MEDICAL, INC. (AKA Primecare Medical)

Defendants.

## STIPULATION OF DISMISSAL

Having been advised by the parties that all federal claims in this case have been resolved against Northumberland County, but that the timely filed pendent state law claims against Prime Care Medical, Inc. for medical negligence have not been resolved, this Court hereby exercises its discretion to dismiss the pendent medical negligence claims against Prime Care without prejudice due to lack of independent federal subject matter jurisdiction and thereby permit the transfer of those state law medical negligence claims against Prime Care to the Pa. Court of Common Pleas of Northumberland County pursuant to 42 Pa.C.S. Section 5103(b).

The federal civil rights settled claims against Northumberland County are dismissed as settled, discontinued and ended.

_[signature]_

Wayne A. Schaible, Esq.

1700 Market Street, Suite 1005

Philadelphia, PA 19103

Attorney for Plaintiff

_[signature]_                                _[signature]_

Sean P. McDonough, Esquire            John Ninosky, Esq.

75 Glenmaura National Boulevard       301 Market Street

Moosic, PA   18597                    Lemoyne, PA 17043

Attorney for Northumberland County    Attorney for Prime Care Medical

Dated: December 15, 2015

Approved by:

_____

   MAG. JUDGE SUSAN E. SCHWAB